1  SOPHIA B. COLLINS, Bar No. 289318
   scollins@littler.com
2  KAA BAO JU, Bar No. 302155
   kju@littler.com
3  LITTLER MENDELSON P.C.
   1255 Treat Blvd., Suite 600
4  Walnut Creek, CA 94597
   Tel: 925.932.2468; Fax: 925.946.9809
5

6  Attorneys for Defendant
   KOHL'S, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | SAHREENA ORTIZ, an individual, | Case No. 1:24-cv-01244-KES-BAM |
12 | Plaintiff, | **STIPULATION TO ARBITRATE PLAINTIFF SAHREENA ORTIZ'S CLAIMS; ORDER STAYING CASE PENDING COMPLETION OF ARBITRATION** |
13 | v. | |
14 | KOHL'S, INC.; DOES 1 through 50, inclusive, | |
15 | Defendants. | |

4858-3827-9155.1 / 076968-1013

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION TO ARBITRATE PLAINTIFF SAHREENA ORTIZ'S CLAIMS

1   Plaintiff Sahreena Ortiz ("Plaintiff") and Defendant Kohl's, Inc. ("Defendant" or "Kohl's")
2   (collectively, the "Parties"), by and between their respective counsel, hereby stipulate as follows:
3   WHEREAS, on August 26, 2024, Plaintiff filed a complaint in the Superior Court of the State
4   of California for the County of Tulare asserting the following claims: (1) failure to pay minimum
5   wage; (2) failure to pay wages, including overtime compensation; (3) recovery of statutory liquidated
6   damages; (4) failure to provide meal periods; (5) failure to provide rest periods; (6) failure to furnish
7   accurate wage statements; (7) failure to pay wages following employment severance; and (8) violation
8   of Business and Professions Code § 17200, *et seq*.
9   WHEREAS, on October 14, 2024, Defendant filed its Answer to Plaintiff's Complaint in the
10  California Superior Court located in Tulare County.
11  WHEREAS, on October 14, 2024, Defendant removed Plaintiff's action to the United States
12  District Court for the Eastern District of California.
13  WHEREAS, on or about April 21, 2021, Plaintiff and Defendant entered into a written
14  arbitration agreement, which the parties agree is valid and binding with respect to all of Plaintiff's
15  claims.
16  WHEREAS, in light of the arbitration agreement, the parties agree that this matter should be
17  stayed and Plaintiff's claims submitted to binding arbitration.
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA
94597
925.932.2468

4858-3827-9155.1 / 076968-1013

THEREFORE, subject to the approval of this Court, it is hereby stipulated and agreed that all of Plaintiff's claims in this case shall be submitted to final and binding private arbitration pursuant applicable law and to the terms of the arbitration agreement attached to this Stipulation as "Exhibit A" and that this matter should be stayed accordingly.

Dated: October 31, 2024                               LITTLER MENDELSON, P.C.


                                                      /s/ Kaa Bao Ju
                                                      Sophia B. Collins
                                                      Kaa Bao Ju

                                                      Attorneys for Defendant
                                                      KOHL'S, INC

Dated: October 31, 2024                               THE TILLMON LAW FIRM


                                                      /s/ Seth E. Tillmon
                                                      Seth E. Tillmon

                                                      Attorney for Plaintiff
                                                      SAHREENA ORTIZ


I, Kaa Bao, am the ECF User whose identification and password are being used to file this Joint Stipulation. I hereby attest that Plaintiff's counsel concurred in and authorized this filing.

                                        By: /s/ Kaa Bao Ju

///
///
///
///
///
///
///
///
4858-3827-9155.1 / 076968-1013

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA
94597
925.932.2468

**ORDER**

Pursuant to the parties' stipulation and good cause appearing, the above-captioned matter is stayed with respect to claims between the parties pending completion of the arbitration. The parties shall file a file a joint status report with the report within six (6) months of the entry of this order, and every three (3) months thereafter. The parties shall also file a notice with the Court within 14 days of the completion of arbitration.

IT IS SO ORDERED.

Dated:   November 2, 2024

_____
UNITED STATES DISTRICT JUDGE

4858-3827-9155.1 / 076968-1013

4

ORDER RE STIPULATION TO ARBITRATE PLAINTIFF SAHREENA ORTIZ'S CLAIMS

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA
94597
925.932.2468